## Fourth Department, May, 1943.
### (May 5, 1943.)

ETHEL G. BECKER, Respondent, v. WALTER W. BECKER, Appellant.—

Present — Crosby, P. J., Taylor, Dowling, Harris, and McCurn, JJ.

ROBERT J. CALIHAN, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 26180.)

Present — Crosby, P. J., Cunningham, Taylor, Dowling, and Harris, JJ.

In the Matter of the Accounting of WILLIAM J. MAGAVERN, as Trustee under the Will of GEORGE H. SWEET, Deceased—

Present — Crosby, P. J., Cunningham, Taylor, Dowling, and Harris, JJ.

SYRACUSE TRANSIT CORPORATION, Plaintiff, v. GIRARD TRUST COMPANY, Defendant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris, and McCurn, JJ.

COUNTY OF SENECA, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 26299.)

Present — Crosby, P. J., Cunningham, Taylor, Harris, and McCurn, JJ.

TOWN OF RIPLEY, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 26606.)

Present — Crosby, P. J., Cunningham, Taylor, Harris, and McCurn, JJ.